UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61495-CIV-SINGHAL

JONATHAN A. SMITH,

    Plaintiff,

vs.

AMERICAN VEHICLE PROTECTION CORP.,
*et al.,*

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court on the Stipulation for Dismissal with Prejudice filed by the parties (DE [32]) on July 7, 2023. The Court having reviewed the Stipulation for Dismissal and the docket, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE.** Each party shall bear its own costs and attorneys' fees. The Clerk is directed to **CLOSE** this case and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 7th day of July 2023.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF